HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
JEFF LORENZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:25-mj-00026-SCR |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE STATUS** |
|  | ) **CONFERENCE;** ~~**PROPOSED**~~ **ORDER** |
| vs. | ) |
| JEFF LORENZO, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Nicole Moody, Assistant United States Attorney, and Megan T. Hopkins, Assistant Federal Defender, attorney for Jeff Lorenzo, that the status conference currently set for May 20, 2025 at 2:00 p.m. be continued to August 4, 2025 at 2:00 p.m.

The government has produced documentary totaling 200 pages, and has represented to defense counsel that additional media files are forthcoming. Defense counsel will need additional time to review the new discovery, once received. After completing a review of the discovery, defense counsel anticipates the need to conduct investigation, which will require additional time.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

1  By this stipulation, the parties jointly move to continue the status conference to August 4, 2025
2  at 2:00 p.m.
3
4                                              Respectfully submitted,
5  Dated: May 15, 2025                         HEATHER E. WILLIAMS
                                               Federal Defender
6
                                               /s/ Megan T. Hopkins
7                                              MEGAN T. HOPKINS
                                               Assistant Federal Defender
8                                              Attorney for Defendant
9                                              JEFF LORENZO

10
11 Date: May 15, 2025                          MICHELE BECKWITH
                                               Acting United States Attorney
12
                                               /s/ Nicole Moody
13                                             NICOLE MOODY
                                               Assistant United States Attorney
14

**~~PROPOSED~~ ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference currently scheduled for May 20, 2025, be continued to August 4, 2025 at 2:00 p.m.

DATED: May 15, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE