UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **USDC Case Number:** 2:25-mj-00026-SCR |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **JEFF LORENZO** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge Defendant Convicted of: | Nature of Charge |
|---|---|
| Single Count in Information | 18 U.S.C. § 113(a)(5) |
| | Simple Assault Within Aircraft Jurisdiction |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **Count 1: PAY** a fine in the amount of $750, a special assessment of $10.

   ☒ Total financial obligation of $760 due immediately.

☒ **PROBATION** for a term of 18 months. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall not have contact with the victim, A.W.;
4. You shall abstain from the use of all alcoholic beverages;
5. You shall not enter, visit, or be present at those places where alcohol is the chief item of sale;
6. By September 15, 2025, you shall identify a substance use treatment program/provider and submit the name, address, and contact phone number of that program/provider to the United States Attorney's Office for the Eastern District of California ("the government");
7. By November 15, 2025, you shall begin substance use treatment with a program/provider that is pre-approved by the government. You shall follow the treatment recommendations of his substance use clinician and shall follow all rules and regulations of the treatment program. You shall attend, cooperate with, and actively participate in substance use treatment as recommended by your clinician until such time as your substance use provider determines you have successfully completed the program;
8. By February 28, 2026, you shall complete 90-days of a substance use treatment program and provide the treatment records and course completion certificate to the government. If you participate in a substance use treatment program that is longer than 90 days, you shall provide the government with the course completion certificate within 15 days of completing the program;
9. By September 15, 2025, you shall identify a mental health treatment program/provider and submit the name, address, and contact phone number of that program/provider to the government;
10. By November 15, 2025, you shall begin mental health treatment and participate in a mental health assessment with the pre-approved mental health provider. You shall disclose the Factual Basis for Plea to your mental health provider(s). You shall follow the treatment recommendations of your mental health provider and shall follow all rules and regulations of the treatment program. You shall attend, cooperate with, and actively participate in the mental health treatment program for the duration of your 18-month court probation or until such time as his mental health provider determines you have successfully completed the program, whichever is earlier;
11. Beginning December 15, 2025, and through the duration of mental health treatment, on the 15th of every month, you shall provide the government with your mental health treatment records for treatment completed the prior month;
12. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

   **While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☒ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** by reporting to the United States Marshal's Service located at 501 I Street, 5th Floor, Sacramento, California, 95814 on 8/19/2025 to be imprisoned for a term of 30 days. Defendant is sentenced to intermittent confinement, served at a jail or institution designated by the United States Marshal's Service on weekends. Defendant to coordinate with defense counsel to make any necessary arrangements with the jail or institution.

☒ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

**CLERK, UNITED STATES DISTRICT COURT**
Eastern District of California- Sacramento
501 I Street, #4-200
Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED:  8/19/2025

_____
**Sean C. Riordan**
United States Magistrate Judge

CRD  Initials: SH