HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Megan_Hopkins@fd.org

Attorney for Defendant
JEFF LORENZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:25-MJ-0026-SCR |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO AMEND JUDGMENT TO SPECIFY |
| | ) CONFINEMENT SCHEDULE FOR |
| JEFF LORENZO, | ) CUSTODIAL SENTENCE |
| | ) |
| Defendant. | ) JUDGE:  Hon. Sean C. Riordan |
| | ) |

IT IS HEREBY STIPULATED between the parties, NICOLE MOODY, Special Assistant United States Attorney, counsel for the Plaintiff, and MEGAN T. HOPKINS, Assistant Federal Defender, attorney for Defendant JEFF LORENZO, that the Judgment entered in this case, No. 2:25-mj-0026-SCR, on August 19, 2025 be amended pursuant to Fed. R. Crim. P. 36 to add that the Court orders the defendant be intermittently confined to local custody on the following dates:

    September 19-21, 2025

    September 26-28, 2025

    October 3-5, 2025

    October 10-12, 2025

    October 17-19, 2025

October 24-26, 2025

October 31-November 2, 2025

November 7-9, 2025

November 14-16, 2025

November 21-23, 2025

Defense counsel inadvertently omitted the request that specific dates of confinement be ordered so that the United States Marshal Service may facilitate intermittent confinement in local custody. All parties agree with this correction. Fed. R. Crim. P. 36 gives the Court jurisdiction to amend a judgment to correct clerical errors in a judgment due to omission.

Dated: September 9, 2025                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/Megan T. Hopkins
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JEFF LORENZO

Dated: September 9, 2025

                                            ERIC GRANT
                                            United States Attorney

                                            /s/ Nicole Moody
                                            NICOLE MOODY
                                            Special Assistant U.S. Attorney
                                            Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:25-mj-0026-SCR |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER |
| ) | TO AMEND JUDGMENT TO CORRECT |
| v. ) | OMISSION PURSUANT TO RULE 36 |
| ) | |
| JEFF LORENZO, ) | |
| ) | JUDGE: Hon. Sean C. Riordan |
| Defendant. ) | |
| ) | |

**O R D E R**

IT IS SO ORDERED. Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby orders pursuant to Fed. R. Crim. P. 36 that the Judgment entered August 19, 2025 in Case No. 2:25-mj-0026-SCR be amended to add that the Court orders intermittent confinement in local custody on the following dates:

September 19-21, 2025

September 26-28, 2025

October 3-5, 2025

October 10-12, 2025

October 17-19, 2025

October 24-26, 2025

October 31-November 2, 2025

November 7-9, 2025

November 14-16, 2025

November 21-23, 2025

Dated: September 9, 2025

_____
HON. SEAN C. RIORDAN
United States Magistrate Judge